# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

RODRIGO VACA GOMEZ                        §
                                          §        CIVIL NO:
vs.                                       §        EP:25-CV-00560-DB
                                          §
KRISTI NOEM, TODD M. LYONS, PAM           §
BONDI, MARY DE ANDA-YBARRA, U.S.
DEPARTMENT OF HOMELAND
SECURITY

## ORDER SETTING HEARING ON MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **HEARING ON MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** in District Courtroom, Room 722, on the 7th Floor of the United States Courthouse, 525 Magoffin Avenue, El Paso, TX, on **Thursday, November 20, 2025 at 02:30 PM MDT**.  Petitioner, Counsel for Petitioner, and Counsel for Respondents must appear in person.

IT IS FURTHER ORDERED that Immigration and Customs Enforcement (ICE) or any other agency that has custody of Petitioner, ensure his presence at the hearing.

IT IS SO ORDERED this 18th day of November, 2025.

_____
DAVID BRIONES
SENIOR U.S. DISTRICT JUDGE