IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **RODRIGO VACA GOMEZ,** §<br>     Petitioner, §<br>§<br>v. §<br>§<br>**KRISTI NOEM,** *Secretary of the United* §<br>*States Department of Homeland Security, et* §<br>*al.,* §<br>     **Respondents.** § | EP-25-CV-00560-DB |

## ORDER

On this day, the Court considered the above-captioned case. On November 18, 2025, Petitioner Rodrigo Vaca Gomez filed a "Petition for Writ of Habeas Corpus." ECF No. 1. Therein, Petitioner asks this Court to "a. [a]ssume jurisdiction over this matter and issue a writ of habeas corpus requiring that Respondents release Petitioner Immediately, or provide Petitioner with a bond hearing before a neutral IJ pursuant to 8 U.S.C. § 1226(a) within three days; b. [i]ssue an Order to Show Cause ordering Respondents to show cause why this Petition should not be granted within three days; c. [d]eclaratory judgment pursuant to 28 U.S.C. § 2201, declaring that EWI noncitizens encountered in the interior long after their entry who are placed in removal proceedings and are not described in § 1226(c) or 8 C.F.R. § 1003.19(h)(2), are entitled to a bond hearing before a neutral adjudicator; d. [a]ward Petitioner attorney's fees and costs under the Equal Access to Justice Act ("EAJA"); and e. [g]rant any other and further relief that this Court deems just and proper." *Id.* at 16.

On November 18, 2025, Petitioner also filed a "Motion for Temporary Restraining Order or Preliminary Injunction," ECF No. 2, seeking Petitioner's immediate release. The Court set a

hearing on the motion for November 20, 2025, at 2:30 p.m. MDT. *See* ECF No. 6. On November 20, 2025, Respondents filed an "Advisory to the Court," ECF No. 18, stating that "[i]n anticipation of the November 20, 2025, hearing, Respondents advise the Court ICE released Petitioner on November 19, 2025." ECF No. 8 at 1.

Accordingly, **IT IS HEREBY ORDERED** the parties **SHALL CONFER AND FILE** a notice informing the Court whether any matters remain to be resolved in this case by **<u>no later than November 25, 2025.</u>**

**SIGNED** this **20th** day of **November 2025**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE